UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

UNITED STATES OF AMERICA,

                                              Case No. 2:13-cr-9-1

v.                                              Honorable R. Allan Edgar

SCOTT BERNARD WILL,

      Defendant.
_____/

## ORDER APPROVING AND
## ADOPTING REPORT AND RECOMMENDATION

On November 26, 2013, U.S. Magistrate Judge Timothy P. Greeley entered a Report and Recommendation in which he recommended that Defendant's motion to suppress [Doc. No. 119] be denied. Doc. No. 130. Magistrate Judge Greeley gave an expedited objection date of December 3, 2013. No objections have been filed. After reviewing the record, the Court APPROVES AND ADOPTS the Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1) and W.D. Mich. L.Cr.R. 57.2. Defendant's motion to suppress [Doc. No. 119] is DENIED.

      SO ORDERED.

Dated:   12/4/13                              */s/ R. Allan Edgar*
                                                      R. Allan Edgar
                                                      United States District Judge